```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.V., et al.,
                                                            :
                              Plaintiffs,                   :    19 Civ. 11203 (LTS) (RWL)
                                                            :
            - against -                                     :    **ORDER**
                                                            :
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the Court's April 20, 2020 Order, Defendant New York City Department of Education's time to answer was extended from April 28, 2020, to June 11, 2020. As of July 27, 2020, Defendant has not yet filed its answer. By August 3, 2020, Defendant shall file its answer or, if no answer can be filed by that time, explain why not and also why no answer has been filed or extension sought since the June 11, 2020 deadline.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    July 27, 2020
          New York, New York

Copies transmitted to all counsel of record.